Case 1:14-cv-08942-WHP   Document 15   Filed 03/07/15   Page 1 of 4

*JACQUELINE M. JAMES, ESQ.*

The James Law Firm
445 Hamilton Avenue
Suite 1102
White Plains, NY 10601

T: (914) 358 6423
F: (914) 358 6424
jjameslaw@optonline.net
jacquelinejameslaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/9/15

March 7, 2015

The Honorable William H. Pauley III
The United States District Court
500 Pearl Street
New York, New York 10007

**Re: *MALIBU MEDIA, LLC, v. JOHN DOE* subscriber assigned IP address; 14-cv-08942-WHP**

    We represent Plaintiff, Malibu Media, LLC, in this matter. We request an order continuing the initial pretrial conference set for March 13, 2015, for the following reasons:

    1.    Pursuant to this Court's Order entered on December 9, 2015 [CM/ECF 7], the Case Management Conference is set for March 13, 2015. As per the Order, the parties are to file a proposed case management report with the Court by March 6, 2015.

    2.    On December 19, 2014, Plaintiff filed a Motion for Leave to Serve a Third Party Subpoena on the Defendants Internet Service Provider [CM/ECF 8].

    3.    On February 18, 2015, the Court entered an Order granting Plaintiff's Motion for Leave [CM/ECF 14].

    4.    Plaintiff sent out the Subpoena along with a copy of the Court's Order for service upon the ISP on February 19, 2015.

    5.    The ISP currently has until April 7, 2015, to respond to the subpoena and provide the Defendant's information.

    6.    Once the Defendant has been identified, Plaintiff will proceed to amend the original complaint, and send it out for service upon the Defendant.

7. Due to the Defendant not yet being identified by the ISP, it is impossible for the parties to confer and prepare the proposed case management report prior to the initial pretrial conference.

As such, Plaintiff respectfully requests that the Court enter an Order Continuing the pretrial conference by at least sixty [60] days. Said extension will provide the necessary time for the ISP to respond with the Defendants information, for the plaintiff to amend its complaint and have it served upon the Defendant, and for the parties to confer and file the proposed case management plan with the Court prior to the initial pretrial conference. This request is made in good faith and not made for the purpose of undue delay. A proposed order will be submitted for the Court's convenience.

*Application granted. The initial pre-trial conference is adjourned and rescheduled for May 29, 2015 at 11:00 a.m.*

SO ORDERED:

_____  3/9/15
WILLIAM H. PAULEY III
U.S.D.J.

Respectfully submitted,

By: /s/ Jacqueline M. James
Jacqueline M. James, Esq.
The James Law Firm
445 Hamilton Avenue, Ste. 1102
White Plains, NY 10601
Tel: (914) 358-6423
Fax: (914) 358-6424
E-mail: jjameslaw@optonline.net
*Attorney for Plaintiff*

By: *Jacqueline M. James*
Jacqueline M. James, Esq. (1845)
The James Law Firm, PLLC
445 Hamilton Avenue, Suite 1102
White Plains, New York 10601
T: 914-358-6423