**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

MALIBU MEDIA, LLC,

    Plaintiff,

v.    Civil Action No. 1:14-cv-08942-WHP

JOHN DOE, subscriber assigned IP address 66.65.189.63,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>. John Doe was assigned the IP address 66.65.189.63. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: April 22, 2015

    Respectfully submitted,

    By:    /s/ *Jacqueline M. James*
    Jacqueline M. James, Esq.
    jjameslaw@optonline.net
    The James Law Firm PLLC
    445 Hamilton Avenue
    Suite 1102
    White Plains, New York 10601
    Telephone: 914-358-6423
    Facsimile: 914-358-6424
    *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 22, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

      By: _/s/ *Jacqueline M. James*_____
      Jacqueline M. James